# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO C.,<br><br>                          Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security Administration,<br><br>                          Defendant. | Case No.:  22-cv-1669 W (MMP)<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION [DOC. 21], (2) REVERSING THE COMMISSIONER'S DECISION, AND (3) REMANDING CASE FOR FURTHER PROCEEDINGS [DOC. 14]** |

     On October 26, 2022, Plaintiff Alberto C. filed this lawsuit seeking judicial review of the Social Security Commissioner's final decision denying his application for Supplemental Security Income benefits. (*Compl.* [Doc. 1] ¶¶ 9, 10.)  The matter was referred to the Honorable Michelle M. Pettit, United States Magistrate Judge, for a report and recommendation under 28 U.S.C. § 636(b)(1)(B).[1]

     On August 16, 2023, the parties filed a joint motion for judicial review of the Commissioner's decision. (*See Jt. Mot.* [Doc. 20].) On February 6, 2024, Judge Pettit issued a Report and Recommendation ("Report"), recommending the Court (1) reverse

---

[1] The matter was initially referred to Magistrate Judge Allison H. Goddard, but then subsequently reassigned to Magistrate Judge Pettit.  (*See Minute Order* [Doc. 4]; *Minute Order* [Doc. 19].)

the Commissioner's decision, and (3) remand the case for further proceedings consistent with the Report's findings.  (*Report* [Doc. 21] 20:24–27.)  The Report also ordered any objections filed no later than February 20, 2024 and any reply filed no later than March 5, 2024. (*Id.* 21:1–5.)  The Report also advised the parties that "failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). " (*Id.* at 21:5–7.) To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

      A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (holding that 28 U.S.C. § 636(b)(1)(C) "makes it clear that the district judge must review the magistrate judge's finding and recommendations de novo *if objection is made*, but not otherwise") (emphasis in original); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's report).  This rule of law is well-established within both the Ninth Circuit and this district.  *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is *only* required when an objection is made to the R & R.") (emphasis added) (citing *Reyna-Tapia*, 328 F.3d at 1121); *Nelson v. Giurbino*, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting Report without review because neither party filed objections despite having the opportunity to do so, and holding that, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); *see also Nichols v. Logan*, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

      The Court, therefore, accepts Judge Pettit's recommendation, and **ADOPTS** the Report [Doc. 21] in its entirety.  For the reasons stated in the Report, which is

1  incorporated herein by reference, the Court **REVERSES** the Commissioner's decision
2  and **ORDERS** the case **REMANDED** for further proceedings consistent with the
3  Report's findings.
4      The Clerk shall close the District Court case file.
5      **IT IS SO ORDERED.**
6  Dated:  March 18, 2024

                                                _____
                                                Hon. Thomas J. Whelan
                                                United States District Judge